IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEONAL VELA, )
)
      Plaintiff, )
)
V. ) Civil No. **08-10-MJR**
)
A. SHERROD, et al., )
)
      Defendants. )

## ORDER

**PROUD, Magistrate Judge:**

      A review of the record reveals that on March 20, 2008, plaintiff Vela filed a motion to have the U.S. Marshal effect service of summons and the complaint on defendants Sara Revell, Jay Picket, Mrs. Hart, Carrie Lopez and Rob Mundo, who are no longer employed by the Federal Bureau of Prisons. **(Doc. 56).** Plaintiff indicates he incorrectly named two of the defendants, Stan Pickett and Cesar Lopez, and he has been unable to learn defendant Mrs./Nurse Hart's first name. Plaintiff also requests that Michael Nalley, Regional Director of the Bureau of Prisons Central Regional Office, be served.

      A review of the record reveals that Michael Nalley has been served. **(Doc. 59).** Therefore, the motion is denied as moot with respect to defendant Nalley

      A summons was recently reissued for Sara Revell **(Doc. 58).** Therefore, at this juncture, the motion is denied with respect to defendant Revell.

      The Court ordered the Bureau of Prisons to provide the last known addresses for defendants Jay Pickett, Mrs. Hart, Carrie Lopez and Rob Mundo, but the Bureau was unable to identify those defendants and provide additional address information. **(Docs. 52 and 53).** In

1

addition, the Court has combed its docket to ensure address information is not readily available. Plaintiff will be given one final chance to provide identifying information regarding Mrs. Hart and Rob Mundo. Service cannot be accomplished without sufficient identifying information.

The complaint will have to be amended to name Stan Pickett in place of Jay Pickett, and Cesar Lopez in place of Carrie Lopez. Once amendment is accomplished, the Court will begin efforts to effect service upon Pickett and Lopez.

**IT IS HEREBY ORDERED** that, for the aforestated reasons, subject motion **(Doc. 56)** is **GRANTED IN PART AND DENIED IN PART**, as detailed above**.**

**IT IS FURTHER ORDERED** that on or before **June 2, 2008**, plaintiff shall provide additional information aimed at better identifying defendants Hart and Mundo, so as to assist in locating address information for those defendants. If this last effort to identify, locate and serve defendants Hart and Mundo fails, they will be dismissed as defendants.

**IT IS FURTHER ORDERED** that on or before **June 2, 2008**, plaintiff shall file an amended complaint, altered only to correctly state the first names of defendants Pickett and Lopez and, if necessary, defendants Hart and Mundo.

**IT IS SO ORDERED.**

**DATED: May 14, 2008**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
